**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| JEFFREY SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 21-CV-59 |
| | ) | |
| MONEYGRAM PAYMENT SYSTEMS, | ) | **DEFENDANT'S MOTION TO DISMISS** |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rules 12(b)(1) and 12(b)(6), Defendant MoneyGram Payment

Systems, Inc. ("MoneyGram"), by its undersigned attorneys, hereby moves for dismissal of

Plaintiff's Complaint.  The bases for this Motion are set forth in MoneyGram's

Memorandum of Law in Support hereof, which is filed contemporaneously herewith and

incorporated by reference herein (as if fully restated).

Dated: August 12, 2021                  Respectfully submitted,

By:     /s/ Matthew P. Dixon
Matthew P. Dixon (AT0013687)
GORDON REES SCULLY MANSUKHANI LLP
699 Walnut Street, 4th Floor
Des Moines, Iowa 50309
515-410-8881
mdixon@grsm.com

*Attorneys for MoneyGram Payment Systems, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I, Matthew P. Dixon, an attorney, hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of the United States District Court for the Northern District of Iowa, this 12th day of August, 2021, using the CM/ECF system.

/s/ *Matthew P. Dixon*