# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| Jeffrey Scott, | : | Case No. 1:21-cv-00059-LTS-KEM |
| Plaintiff, | : | |
| MoneyGram Payment Systems, Inc., | : | DISMISSAL PURSUANT TO FRCP 41 |
| Defendant. | : | |

COMES NOW the Plaintiff, by and through counsel, and dismisses the above-referenced action without prejudice and pursuant to FRCP 41.

DATE: September 29, 2021

Respectfully submitted,

/S/ - Joel E. Fenton

_____

JOEL E. FENTON

LAW OFFICES OF JOEL E. FENTON, PLC
309 Court Avenue, Suite 224
Des Moines, IA 50309
Phone: 515.480.1542
Fax: 866.604.6341
joelfentonlaw@gmail.com

Copies to:

Matthew Dixon
Gordon Rees Scully Maksukhani LLP
One North Franklin
Suite 800
Chicago, IL 60606

ATTORNEY FOR DEFENDANT

1